UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIKTOR GRUNBAUM,

    Plaintiff,

v.

                              Case No. 10-10147
                              Hon. Gerald E. Rosen
                              Magistrate Judge Mona K. Majzoub

DISTRICT DIRECTOR, CIS,
DETROIT OFFICE,

    Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         June 21, 2012

        PRESENT:  Honorable Gerald E. Rosen
                            Chief Judge, United States District Court

    In a Report and Recommendation ("R & R") issued on May 21, 2012, Magistrate Judge Mona K. Majzoub recommends that the Court grant a motion for summary judgment brought by the Defendant District Director of the Detroit office of the United States Citizenship and Immigration Services ("USCIS"). Plaintiff Viktor Grunbaum has not filed any objections to the R & R, and the time for doing so has passed. Having thoroughly reviewed the Magistrate Judge's R & R, Defendant's underlying motion, Plaintiff's response, and the remainder of the record, the Court fully concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 21, 2012 Report and Recommendation is ADOPTED as the opinion of this Court.

IT IS FURTHER ORDERED that, for the reasons stated in the R & R, the October 18, 2011 motion for summary judgment brought by the Defendant District Director of the Detroit office of the USCIS (docket #35) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated: June 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 21, 2012, by electronic mail and upon Viktor Grunbaum, 12345 Woodward Avenue, Detroit, Michigan 48203 by ordinary mail.

        s/Ruth A. Gunther
        Case Manager